IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SHARON ELISE HANNAHS,** | |
| Plaintiff, | **Case No. 2:20-cv-5776** |
| v. | **Judge James L. Graham** |
| **COMMISSIONER OF SOCIAL SECURITY,** | **Magistrate Judge Chelsey M. Vascura** |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of the September 20, 2021, Report and Recommendation of Magistrate Judge Vascura to whom this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 18.) Magistrate Judge Vascura recommended that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner of Social Security's decision. (ECF No. 18 at 2359.) The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen (14) days "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id.*) The October 4, 2021 deadline for filing objections to the Report and Recommendation has since expired, and no party has objected to the Report and Recommendation.

The Court agrees with Magistrate Judge Vascura's Report and Recommendation (ECF No. 18), and it is hereby **ADOPTED**. Plaintiff's Statement of Errors is therefore **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. Accordingly, this action is **DISMISSED**.

The Clerk is hereby directed to enter final judgment in this case.

**IT IS SO ORDERED**.

                                                    /s/ James L. Graham
                                                   JAMES L. GRAHAM
                                                   United States District Judge

DATE: October 15, 2021